**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                    PLAINTIFF

vs.                                        NO. 4:12CR00042-001 SWW

DERICK DUVALL ENOCH                                                                         DEFENDANT

## ORDER

The above entitled cause came on for hearing February 21, 2018 on the government's petition to revoke the supervised release previously ordered for this defendant in the United States District Court for the Eastern District of Arkansas. Based upon the admissions of defendant, the Court found that defendant has violated the conditions of his supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the supervised release previously granted this defendant, be, and is hereby, **revoked** granting government's petition [doc #35]. The defendant shall serve a term of ***EIGHTEEN (18) MONTHS*** imprisonment in the custody of the Bureau of Prisons consecutive to the undischarged term of imprisonment currently being served in the Arkansas Department of Corrections. The Court recommends that defendant be incarcerated at Forrest City, Arkansas, to be close to family and that defendant participate in substance abuse treatment during incarceration.

There will be *NO* supervised release to follow.

The defendant is remanded to custody.

IT IS SO ORDERED this 21st day of February 2018.

                                                                        /s/ Susan Webber Wright
                                                                        United States District Judge